IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRISTA C. MULVANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv677-MHT |
| | ) | (WO) |
| DENNIS MEEKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motions to dismiss (doc. nos. 14 & 36) are granted.

(2) Plaintiff's claims against defendants Covington County Commissioners, Bill Godwin, Kenneth Northey, Joe Barton, Harold Elmore, and Carl Turman, are dismissed with prejudice, and these defendants are terminated as parties to this action.

(3) Plaintiff's claims against defendant Covington County are dismissed without prejudice, and this defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 30th day of November, 2020.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE