IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRISta C. MULVANEY,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>DENNIS MEEKS, et al.,         )<br>                              )<br>     Defendants.             ) | CIVIL ACTION NO.<br>  2:13cv677-MHT<br>       (WO) |

### JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion to dismiss (doc. no. 16) is granted in part and denied in part, as follows.

(2) To the extent it was premised on the statute of limitations, the motion to dismiss is denied with leave immediately to re-raise the statute-of-limitations defense in an appropriate motion.

(3) The motion to dismiss plaintiff Trista C. Mulvaney's claim against defendant Stacey Bedsole is denied.

(4) The motion to dismiss is granted with prejudice

to the extent plaintiff Mulvaney seeks equitable relief and as to plaintiff Mulvaney's claims, if any, under the First, Fourth, Fifth, and Ninth Amendments.

(5) The motion to dismiss is granted without prejudice as to plaintiff Mulvaney's claims against defendants Linda Benson, Laura Hudson, Preston Hughes, Dennis Meeks, and Linda Pouncey.

(6) The alternative motion for more definite statement (doc. no. 16) is granted to the extent that plaintiff Mulvaney is allowed until February 3, 2021, to file an amended complaint that repleads the claims against defendants Benson, Hudson, Hughes, Meeks, and Pouncey.  If she does not do so, the claims against these defendants shall be dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 13th day of January, 2021.**

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**