IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| TRISTA C. MULVANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv677-MHT |
| | ) | (WO) |
| DENNIS MEEKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is apparent that the critical issue in this case is whether the statute of limitations on plaintiff Trista C. Mulvaney's claims expired before she filed her complaint.  This issue needs to be resolved quickly to avoid any further waste of resources.

Accordingly, it is ORDERED that the remaining defendants shall file a motion (or motions) for summary judgment re-raising the defense of the statute of limitations, with evidentiary support, by February 4, 2021.  The plaintiff will be given an opportunity to file a response with evidence supporting the argument that her claims are not time-barred.

The court further notes its view that discovery is unlikely to be necessary before filing this motion, and that if any is necessary, it would be quite limited. If the defendants feel that they need discovery, they may file a motion for it January 28, 2021.

DONE, this the 14th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE