IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRISTA C. MULVANEY,         )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )       2:13cv677-MHT
                            )           (WO)
DENNIS MEEKS, et al.,       )
                            )
     Defendants.            )
```

OPINION

On January 13, 2021, the court entered a judgment granting a motion to dismiss and dismissing without prejudice plaintiff Trista C. Mulvaney's claims against defendants Linda Benson, Laura Hudson, Preston Hughes, Dennis Meeks, and Linda Pouncey. *See* Judgment (Doc. 64). The court also granted Mulvaney leave to file, by February 3, 2021, an amended complaint restating her claims against these defendants, but warned that if she did not do so by the deadline, the court would dismiss her claims against them with prejudice. *Id*. As Mulvaney has not filed an amended complaint repleading her claims against these defendants, and the deadline

has long since passed, the court will enter an appropriate judgment dismissing the relevant claims with prejudice.

    DONE, this the 15th day of March, 2021.

                                         /s/ Myron H. Thompson  
                                       **UNITED STATES DISTRICT JUDGE**