IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRISTA C. MULVANEY,                ) | |
| ) | |
|    Plaintiff,                ) | |
| ) | CIVIL ACTION NO. |
| v.                ) | 2:13cv677-MHT |
| ) | (WO) |
| JEFFREY REASONS, et al.,                ) | |
| ) | |
|    Defendants.                ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Stacey Bedsole, Jeffrey Reasons, Southern Health Partners, Inc., and Diane Wilson's motions for summary judgment (Doc. 75 & Doc. 77) are granted.

(2) Judgment is entered in favor of defendants Bedsole, Reasons, Southern Health Partners, Inc., and Wilson, and against plaintiff Trista C. Mulvaney, with plaintiff Mulvaney taking nothing by her complaint, and said defendants are terminated as parties.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of March, 2021.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE