IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRISTA C. MULVANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:13cv677-MHT |
| ) | (WO) |
| ANNETTE KANE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Defendant Kane is terminated as party. No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of March, 2021.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**